UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INELLE L. GREEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY BERRYHILL, Acting Commissioner, Social Security Administration,<br><br>　　　　　Defendant. | Case No. 5:17-cv-06637-EJD<br><br>**ORDER TO SHOW CAUSE** |

On November 20, 2017, the court issued an order denying Plaintiff's application to proceed in forma pauperis and ordering Plaintiff to pay the filing fee in installments. Dkt. No. 5. Plaintiff was required to pay the first installment of $50 no later than December 1, 2017. Plaintiff was advised that "[f]ailure to pay the installments as required . . . may result in the dismissal of this action without prejudice."

As of the time this order was filed, Plaintiff has not paid the first installment as required. Accordingly, the court hereby issues an order to show cause why this action should not be dismissed. If Plaintiff does not, by **December 15, 2017**, pay the first $50 installment and file proof on the docket to demonstrate that such payment has been made, the court will dismiss the action without prejudice. No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: December 8, 2017

　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:17-cv-06637-EJD
ORDER TO SHOW CAUSE

1