UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INELLE L. GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY BERRYHILL, Acting Commissioner, Social Security Administration,<br><br>    Defendant. | Case No. 5:17-cv-06637-EJD<br><br>**ORDER DISMISSING CASE** |

On December 8, 2017, the court issued an order requiring Plaintiff to show cause why this action should not be dismissed after she failed to make an installment payment toward the filing fee. Dkt. No. 6. The court advised Plaintiff that this action would be dismissed without prejudice if she did not file proof on the docket to demonstrate that such installment payment had been made.

As of the date and time this order was filed, Plaintiff has not demonstrated compliance with the December 8th order. Accordingly, this case is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: December 28, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:17-cv-06637-EJD
ORDER DISMISSING CASE

1